IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

JUAN GARCIA PALOMO,                    )
           Plaintiff,         )
                    )
v.                                     )        Civil No. 7:12-CV-069-O-BL
                    )
TOMMY NORWOOD, *et al.*,                )
          Defendants.         )

ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and of

the Report and Recommendation of the United States Magistrate Judge, I am of the opinion that the

Report and Recommendation of the Magistrate Judge is correct and it is hereby adopted and

incorporated by reference as the Findings of the Court.

Accordingly, this case is DISMISSED without prejudice.

The Clerk of Court shall transmit a copy of this order to Plaintiff.

SO ORDERED this 30th day of May, 2012.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**